# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| HERMAN LEE TATE ) | Case No: 5:98CR00125-009 |
| ) | USM No: 13566-058 |
| Date of Previous Judgment: 6/22/1999 ) | None |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ **DENIED.** ❒ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level:  38            Amended Offense Level:  37
Criminal History Category: VI          Criminal History Category: VI
Previous Guideline Range: Life to Life months    Amended Guideline Range: Life to Life months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):  No reduction due to mandatory minimum sentence of life imprisonment.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated  6/22/1999  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: August 3, 2011

Effective Date: August 3, 2011
(if different from order date)

_Richard L. Voorhees_
Richard L. Voorhees
United States District Judge