# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:98-CR-00125-KDB

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> v. <br><br> HERMAN LEE TATE, <br><br> Defendant. | **ORDER** |

**THIS MATTER** is before the Court on the Motion for Leave to Appear *Pro Hac Vice* as to MiAngel Cody (Doc. No. 324) filed by David Simpkins on October 29, 2019. MiAngel Cody seeks to appear as counsel *pro hac vice* for Defendant Herman Lee Tate. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will **GRANT** the motion.

**IT IS THEREFORE ORDERED** that in accordance with Local Rule 83.1, the Motion for Leave to Appear *Pro Hac Vice* (Doc. No. 324) is **GRANTED**. MiAngel Cody is hereby admitted *pro hac vice* to represent Defendant Herman Lee Tate.

**SO ORDERED.**

Signed: January 9, 2020

Kenneth D. Bell
United States District Judge